FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAR 19 2018

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEVEN SPIGNER, | : | |
| Movant, | : | CRIMINAL ACTION NO. |
| | : | 1:07-CR-355-RWS-JKL-1 |
| v. | : | |
| | : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | : | 1:18-CV-136-RWS |
| Respondent. | : | |

### ORDER

This case is before the Court on Movant's 28 U.S.C. § 2255 motion to vacate [126], the Final Report and Recommendation ("R&R") of Magistrate Judge John K. Larkins III [127], and Movant's Objections [129].

The Court must "make a de novo determination of those portions of the [R&R] to which objection is made" and "may accept, reject, or modify, in whole or in part, the [R&R]." 28 U.S.C. § 636(b)(1)(C). Portions of the R&R to which no objection is made are reviewed only for clear error. Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam).

Judge Larkins recommended that Movant's § 2255 motion be dismissed as untimely and a Certificate of Appealability be denied. [Doc. 127 at 6]. As Judge Larkins correctly explained, the one-year statute of limitations in 28 U.S.C.

§ 2255(f)(1) expired on February 6, 2010, and Movant executed his § 2255 motion nearly eight years late, on January 2, 2018. [*Id.* at 3]. Movant failed to (1) argue in favor of the applicability of the one-year statute of limitations in § 2255(f)(2)-(4), (2) show that equitable tolling is justified, or (3) demonstrate actual innocence. [*Id.* at 3-4]. Movant's Objections do not contain any facts or legal arguments warranting a different conclusion. [Doc. 129 at 1-3].

Based on the foregoing, Movant's Objections [129] are **OVERRULED**; Judge Larkins's R&R [127] is **ADOPTED** as the Opinion and Order of the Court; Movant's § 2255 motion [126] is **DISMISSED** as untimely; and a Certificate of Appealability is **DENIED**. The Clerk is **DIRECTED** to **CLOSE** civil action number 1:18-cv-136-RWS.

**SO ORDERED**, this 16th day of March, 2018.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)